# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00096-CV

### In re Israel Montoya Martinez

---

### ORIGINAL PROCEEDING FROM COMAL COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Israel Montoya Martinez, an inmate in the Comal County Jail, has filed another pro se original petition for writ of habeas corpus. *See* Tex. R. App. P. 52.1. We only have appellate, not original, habeas corpus jurisdiction in criminal matters. *See* Tex. Gov't Code § 22.221(d); Tex. Gov't Code § 22.221(d); *see also In re Martinez*, No. 03-22-00049-CV, 2022 WL 495045, at *1 (Tex. App.—Austin Feb. 18, 2022, orig. proceeding). Accordingly, we dismiss relator's application for writ of habeas corpus for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Filed:  March 16, 2022